606 A.2d 1170

**Kenneth WELCH and Monica Welch, h/w, Appellants,**

**v.**

**HARLEYSVILLE MUTUAL INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued April 9, 1992.

Decided May 14, 1992.

Bernard J. McLafferty, Philadelphia, for appellants.

Frederick T. Lachat, Jr., Philadelphia, for appellee.

Before FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., and LARSEN, J., did not participate in the consideration or decision of this case.